```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  02/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   :
BUILDING SERVICE 32BJ HEALTH FUND et al.,  :
   :
                Plaintiffs,  :
   :     21-cv-5945 (LJL)
       -v-  :
   :     <u>ORDER</u>
EMPIRE FACILITY SOLUTIONS LLC,  :
   :
                Defendant.  :
   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of the plaintiffs' motion for default judgment at Dkt. No. 14. Plaintiffs are directed to serve the default judgment motion on the defendant. The Court will hold a default judgment hearing on the motion on April 6, 2022, at 2:00PM. Opposition papers will be due by March 20, 2022.

      SO ORDERED.

Dated: February 24, 2022
      New York, New York
                                         LEWIS J. LIMAN
                                     United States District Judge