```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
BUILDING SERVICE 32BJ HEALTH FUND, et al.,                           :
                                                                     :
                              Plaintiffs,                            :
                                                                     :        21-cv-5945 (LJL)
        -v-                                                          :
                                                                     :           ORDER
EMPIRE FACILITY SOLUTIONS LLC,                                       :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order.  Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: May 20, 2022
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2022